UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

**Melissa Davis**

        Plaintiff(s),

vs.

**Shari's Management Corporation, a Delaware Corporation d/b/a Shari's Restaurants**

        Defendant(s).

Case No.: 2:13-cv-01748 TSZ

**DECLARATION OF SERVICE**

State of Washington
County of King    ss.

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on **10/01/2013** at **3:59 PM**, at the address of **505 Union Avenue SE, #120** , **Olympia**, within **Thurston** County, **WA**, the undersigned duly served the following document(s): **Summons in a Civil Action; Plaintiff's Complaint for Damages, Jury Trial Requested** in the above entitled action upon **Shari's Management Corporation, d/b/a Shari's Restaurants**, by then and there personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with **Michele Rowe, Corporate Operations Manager for CT Corporation System, Registered Agent** who is authorized to accept service on behalf of the above.
**Desc:** Sex: **Female** - Skin/Race: **White** - Hair: **Brown** - Age: **49** - Height: **5' 8"** - Weight: **Heavy Set**

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

Date: 10/4/13

**TOTAL:**        $95.00

*140412*

X _____
B. Varela
Registered Process Server
License#: **1116263 - Exp 3/8/2014**
Seattle Legal Messenger Services, LLC
4201 Aurora Avenue North, #200
Seattle, WA 98103
206.443.0885